UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TIMOTHY JONES,

    Petitioner,

v.

TERRY McCANN,

    Respondent.

Case No. 08-cv-442-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Timothy Jones' petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 is denied, that judgment is entered in favor of respondent Terry McCann and against petitioner Timothy Jones, and that this case is dismissed with prejudice.

**DATED:  September 10, 2009**       JUSTINE FLANAGAN, Acting Clerk

    s/Brenda K. Lowe, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**